## O'Brien, Appellant, *v.* O'Brien Steel Construction Company.

Argued September 26, 1973. Before JONES, C. J., EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

*Frank C. Carroll,* for appellant.

*Joseph M. O'Brien,* attorney in fact, for appellee.

OPINION PER CURIAM, November 26, 1973:

Decree affirmed. Each party to bear own costs.

Mr. Justice ROBERTS took no part in the consideration or decision of this case.